# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-02312-RLM-7 |
| Nashelle Lanise Hampton | Chapter 7 |
| Debtor. | Judge Robyn L. Moberly |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Mark S. Zuckerberg, Debtor's Counsel
margaret@waltonlegal.net

Deborah J. Caruso, Trustee
trusteecaruso@rubin-levin.net

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on April 15, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Nashelle Lanise Hampton, Debtor
7645 Thorney Wood Drive
Indianapolis, IN 46239

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor